STATE v. GODFREY

No. 333P96

Case below: 123 N.C. App. 355

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

STATE v. HUDSON

No. 356P96

Case below: 123 N.C. App. 336

Motion by Attorney General for temporary stay allowed 20 August 1996.

STATE v. JOHNSTON

No. 249P96

Case below: 122 N.C. App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

STATE v. McGIRT

No. 198A96

Case below: 122 N.C. App. 237

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied and notice of appeal retained 5 September 1996.

STATE v. MISENHEIMER

No. 310P96

Case below: 123 N.C. App. 156

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.